Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LUERETHER DE JEAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUERETHER DE JEAN, | Case No.:  1:16-cv-00319-EPG |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Luerether De Jean ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 17, 2017; and that Defendant shall have until February 16, 2017, to file her opposition. Any reply by plaintiff will be due March 3, 2017.

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: November 21, 2016          Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                                      /s/ *Steven G. Rosales*
                      BY:_____
                            Steven G. Rosales
                            Attorney for plaintiff LUERETHER DE JEAN

DATE:  November 21, 2016          PHILLIP A. TALBERT
                                      United States Attorney
                                      Deborah Stachel
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration


                                      */S/- Richard Rodriguez
                                      _____
                                        Richard Rodriguez
                                        Special Assistant United States Attorney
                                        Attorney for Defendant
                                        [*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time for
2  Plaintiff to file Plaintiff's Opening Brief to January 17, 2017; and that Defendant
3  shall have until February 16, 2017, to file her opposition.  Any reply by plaintiff
4  will be due March 3, 2017.

6  IT IS SO ORDERED.

7    Dated:   **November 22, 2016**                /s/ Erica P. Grosjean
8                                                    UNITED STATES MAGISTRATE JUDGE