UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUERETHER DE JEAN,<br><br>      Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:16-cv-00319-EPG<br><br>**ORDER FOR EXTENSION OF BRIEFING SCHEDULE**<br><br>(ECF No. 13) |

Plaintiff Luerether De Jean has filed a request to extend the amount of time for Plaintiff to file an opening brief. Plaintiff indicates that Defendant Nancy A. Berryhill has informed Plaintiff that she has no opposition to the request. Good cause appearing therein, Plaintiff's request is GRANTED. Plaintiff shall file an opening brief no later than **February 28, 2017**. Defendant shall file her brief in opposition no later than **March 30, 2017**. Plaintiff may file a reply brief no later than **April 14, 2017**.

IT IS SO ORDERED.

   Dated:   **February 2, 2017**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE