Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LUERETHER DE JEAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUERETHER DE JEAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.:  1:16-cv-00319-EPG<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Luerether De Jean ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to March 24, 2017; and that Defendant shall have until April 24, 2017, to file her opposition. Any reply by plaintiff will be due May 9, 2017.

1  As the Court is aware, after a 5 year battle with terminal stage 4 cancer
2  Plaintiff's Spouse passed away on September 30, 2016.  The aftermath of this
3  traumatic event on both Counsel and his 9 year old son and 7 year old daughter was
4  immeasurable.  Compounding the impact of this loss is the fact that Counsel's
5  spouse was a former employee at Counsel's Law Firm and her death was far
6  reaching in its impact on Counsel's professional life as well.  Due to the death, the
7  subsequent holiday period, and the need to find a permanent caregiver and the
8  required time to acclimate his children to that presence during his absence to meet
9  his professional obligations, Counsel requires the additional time to prepare and
10 file Plaintiff's Opening Brief.
11   Counsel for plaintiff does not anticipate this extraordinary request for more
12 time to become the rule and recognizes it is the extraordinary exception and
13 sincerely apologizes to the court for any inconvenience this may have had upon it
14 or its staff.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

| | |
|---|---|
| DATE: March 8, 2017 | Respectfully submitted, |
| | LAW OFFICES OF LAWRENCE D. ROHLFING |
| | /s/ *Steven G. Rosales* |
| | BY: _____ |
| | Steven G. Rosales |
| | Attorney for plaintiff LUERETHER DE JEAN |
| DATE:  March 8, 2017 | PHILLIP A. TALBERT |
| | United States Attorney |
| | Deborah Stachel |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | */S/- Richard Rodriguez |
| | _____ |
| | Richard Rodriguez |
| | Special Assistant United States Attorney |
| | Attorney for Defendant |
| | [*Via email authorization] |

## **ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time for Plaintiff to file Plaintiff's Opening Brief to March 24, 2017; and that Defendant shall have until April 24, 2017, to file her opposition. Any reply by plaintiff will be due May 9, 2017.

The Court expresses its condolences.

IT IS SO ORDERED.

Dated: __**March 9, 2017**__                    /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE

-4-