PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| LUERETHER DE JEAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No: 1:16-cv-00319-EPG<br><br>ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXPUNGE ALL COPIES OF THE CERTIFIED ADMININSTRATIVE RECORD FILED AT ECF #9 ON JULY 27, 2016, AND PLAINTIFF'S OPENING BRIEF FILED AT ECF #18 ON APRIL 15, 2017. |

**IT IS HEREBY ORDERED** that, subject to the terms of Defendant's Motion to Expunge, all copies (electronic, paper and otherwise) of the Certified Administrative Transcript filed as ECF #9, and Plaintiff's Brief filed as ECF #18, be retrieved and destroyed by the United States Attorney's office, the Regional Counsel's office, Plaintiff's counsel, and the clerk of the Court.

**IT IS FURTHER ORDERED** that the clerk of the Court will cooperate and coordinate with the United States Attorney's office as necessary to retrieve and destroy all electronic copies of the Certified Administrative Transcript filed as ECF #9, and Plaintiff's Brief filed as ECF #18,

on the CM/EFC system, as well as retrieve and destroy all copies on CD-ROM and paper copies of the Transcript.

The clerk of the Court will also disable the "links" at ECF #9 and #18, such that no one will be able to remotely access the Certified administrative record.

**IT IS FURTHER ORDERED** that upon receipt and filing of the correct Certified Administrative Record in this case, by Defendant, that Plaintiff will have 45 days to prepare, file and serve her opening brief and Defendant will have 15 days in which to file her response.

IT IS SO ORDERED.

Dated: **May 17, 2017**　　　　　　/s/ Erin P. Gros

UNITED STATES MAGISTRATE JUDGE