BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STATCHEL
Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8922
    Facsimile: (415) 744-0134
    E-Mail: Esther.H.Kim@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LUERETHER DE JEAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-00319-EPG<br><br>**STIPULATION FOR EXTENSION** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 45 additional days to respond to Plaintiff's Motion for Summary Judgment. Defendant's Counsel's colleague requests this extension on

Defendant's Counsel's behalf due to an unexpected personal emergency requiring Defendant's Counsel's absence from the office for several weeks.

    This is the Commissioner's first extension request.

Respectfully submitted,

Dated: September 9, 2017

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Esther Kim*
Esther Kim
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: September 11, 2017

/s/ *Stephen G. Rosales*
Stephen G. Rosales
(as authorized via email by Lawrence Rohlfing)
Attorney at Law
Attorney for Plaintiff

## ORDER

Based on the above stipulation and good cause having been shown therein, Defendant's requests for a 45-day extension to respond to Plaintiff's Motion for Summary Judgment is granted.

IT IS SO ORDERED.

Dated: **September 12, 2017**          /s/ Eric P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE